ACCEPTED
03-15-00204-CV
7293604
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/8/2015 2:37:48 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00204-CV**

<table>
<tr><td>In The Court Of Appeals<br>For The Third Court Of Appeals<br>Austin, Texas</td><td>FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>10/8/2015 2:37:48 PM<br>JEFFREY D. KYLE<br>Clerk</td></tr>
</table>

**SHANON QUINETTE SIMS,**
*Appellant,*

v.

**DISTRESSED ASSET SOLUTIONS FUND I, LLC.,**
*Appellee.*

ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2 T, TRAVIS COUNTY, TEXAS
TRIAL COURT
CAUSE NO. C-1-CV-14-007163

**APPELLANT SHANON QUINETTE SIMS' NOTICE OF NONSUIT**

E. JASON BILLICK, SBN: 24078230
WILLIAM B. GAMMON, SBN: 07611280
GAMMON LAW OFFICE, PLLC
1201 Spyglass Drive, Ste. 100
Austin, Texas 78746
Phone: (512) 472-8909
Fax: (888) 545-4279
firm@gammonlawoffice.com

TO THE HONORABLE JUSTICES OF THIS COURT:

NOW COMES Appellant Shanon Quinette Sims, by and through her attorneys of record, and files this Notice of Nonsuit on Appellee Distressed Asset Solutions Fund I, LLC., and moves this Court to sign an Order dismissing this case. The parties have settled.

WHEREFORE, Appellant requests the Court to sign an Order of Nonsuit on Appellee Distressed Asset Solutions Fund I, LLC.

Respectfully submitted,


*/s/ E. Jason Billick*
E. JASON BILLICK, SBN: 24078230
WILLIAM B. GAMMON, SBN: 07611280
GAMMON LAW OFFICE, PLLC
1201 Spyglass Drive, Ste. 100
Austin, Texas 78746
Phone: (512) 472-8909
Fax: (888) 545-4279
firm@gammonlawoffice.com

**Counsel for Appellant Shanon Quinette Sims**

## CERTIFICATE OF SERVICE

Pursuant to Texas Rules of Appellate Procedure 10.1(a)(5), I hereby certify that our office has conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion on the October 8,2015:

Keith McMahon
THE KELLY LEGAL GROUP, PLLC
**Counsel for Appellee Distressed Asset Solutions Fund I, LLC.**

**Method of Contact: Telephone**
**Results: Agreed to this Notice of Nonsuit**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by Pro-Doc e-service or facsimile on this the 8th day of October 2015:


Keith McMahon
Jeff Kelly
THE KELLY LEGAL GROUP, PLLC
P.O. Box 2125
Austin, Texas 78768
Telephone: (512) 505-0053
Facsimile: (512) 505-0054
Email: jkelly@kellylegalgroup.com

**Counsel for Appellee Distressed Asset Solutions Fund I, LLC.**


*/s/ E. Jason Billick*
E. Jason Billick

2